# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

_Southern_ Division

FILED - LN
February 19, 2026 12:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /     SCANNED BY /\ 2/19/26

Mark Anthony McFarlin

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jocelyn Benson, in her official capacity as Michigan Secretary of State / Jonathon Brater, in his official capacity as Director of the Michigan Bureau of Elections

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

1:26-cv-561

Jane M. Beckering,
United States District Judge

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Mark Anthony McFarlin |
   | Street Address | 2206 County Rd. 612 |
   | City and County | Grayling, Crawford County |
   | State and Zip Code | Michigan, 49738 |
   | Telephone Number | 989.390.2934 |
   | E-mail Address | centralbi2024@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Jocelyn Benson |
| Job or Title *(if known)* | Michigan Secretary of State |
| Street Address | Richard H. Austin Building, 4th Floor, 430 West Allegan Street |
| City and County | Lansing, Ingham County |
| State and Zip Code | Michigan, 48918 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jonathon Brater |
| Job or Title *(if known)* | Director of the Michigan Bureau of Elections |
| Street Address | Richard H. Austin Building, 1st Floor. 430 West Allegan Street |
| City and County | Lansing, Ingham County |
| State and Zip Code | Michigan, 48918 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

"28 U.S.C. s 1331; 28 U.S.C s 1343; 42 U.S.C. s 1983; and the First and Fourteenth Amendments to the U.S. Constitution."

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
-0-

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. I, Mark Anthony McFarlin am a Candidate for Governor of Michigan and will be running as an Independent in the General Election, 2026.

2. I, Mark Anthony McFarlin was the chosen Nominee for the U.S. Taxpayer's Party, a third party in the 2014 Michigan Gubernatorial Election and was allowed ballot access by the State of Michigan Bureau of Elections with only the blessing and nomination of said political party, requiring no signatures and no fee.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Issue a preliminary and permanent injunction enjoining Defendants from enforcing the signature only requirement of MCL 168.544f against the Plaintiff.
2. Order a mandate requiring defendants to accept a fee in relation to MCL 168.163 in lieu of signatures for the General Election 2026.
3. Want the court to stop the State of Michigan from blocking me and start the process of adding me to the ballot.
4. Grant any further relief the court deems just and proper.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02-19-2026

Signature of Plaintiff
Printed Name of Plaintiff    Mark Anthony McFarlin

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Statement of Claims, Additional Information.  McFarlin v. Benson/Brater    Page 1.

3. This is a civil rights action challenging the constitutionality of Michigan's mandatory only ballot access requirement for Governor under MCL 168.544f.

4. Plaintiff alleges that the lack of a reasonable filing fee alternative creates an unconstitutional barrier that discriminates against candidates based on economic status.

5. Under Michigan law (MCL 168.163), candidates for the Michigan State Legislature may pay a $100 filing fee to access the ballot. Yet, candidates for Governor are mandated by these same legislators via law to collect thousands of signatures with no fee option.

6. On 12-17-2025, the Michigan Bureau of Elections via email rejected my request for ballot access by rejecting, not accepting and returning a $100 fee, and denied my Affidavit of Identity for Governor because it did not include any signatures.

7. Plaintiff respectfully requests that this Court take judicial notice pursuant to Fed. R. Evid. 201(b)(2) of the criminal convictions entered on February 9, 2026 in the 16th judicial circuit Court of Macomb County, Michigan.

8. On that date, a jury found defendants Shawn Wilmoth and Willie Reed guilty of multiple felonies, including Conducting a Criminal Enterprise and Election Law Forgery, stemming from a massive scheme that defrauded 2022 gubernatorial and judicial candidates.

9. These convictions establish as a matter of public record that the "traditional" signature-gathering industry in Michigan has been co-opted by profiteers and criminal elements resulting in the delivery of tens of thousands of forged signatures and the disqualification of multiple valid candidates.

10. The established fact of this criminal enterprise directly supports plaintiff's claim that requiring 12,000 to 15,000 signatures places and unconstitutional and "extraordinary" burden on the Plaintiff and others by forcing participation in a demonstrated corrupt market.

11. In the 2022, Michigan Gubernatorial Election, the current Michigan Governor, the honorable Gretchen Whitmer submitted the maximum amount of signatures, 30,000 for a major party candidate. This was not accomplished by only the Governor, her family and a few supporters, this was rendered by large campaign funds to a signature company. In modern elections, gathering 12,000 to 15,000 signatures is no longer a grassroots task, it has become a commercial industry.

12. Consequently. The signature only requirement functions as a de facto wealth test. Wealthy candidates can buy their way onto the ballot by hiring signature firms, while candidates of the mid economic class like the Plaintiff, are kept out of the democratic process.

13. This disparity violates the Equal Protection Clause of the 14th Amendment, because the State of Michigan treats candidates differently based on their ability to fund a professional petition drive.

Statement of Claims, Additional Information. McFarlin v. Benson/Brater    Page 2

14. In the 2022 Michigan Gubernatorial Election, a total of 4,461,946 votes were cast for all candidates. Requiring 12,000 to 15,000 signatures is insignificant in the totality and scope of the election process in relation to the amount of support. The State of Tennessee, a thriving democracy only requires 25 signatures to gain ballot access. They do not experience a cluttered Gubernatorial ballot and is satisfied with this minimal test of support.

15. **Plaintiff asserts that a reasonable alternative to the current disputed requirements-one that balances state interests with constitutional rights-would be the submission of 1,500 to 3,000 maximum signatures to be gathered by all candidates regardless of party and could be gathered anywhere in Michigan or a $1500.00 fee, a standard the Plaintiff is ready and willing to meet.**

Relief

5. Plaintiff asserts that a reasonable alternative to the current disputed requirements-one that balances state interests with constitutional rights-would be the submission of 1,500 to 3,000 maximum signatures to be gathered by all candidates regardless of party and could be gathered anywhere in Michigan or a $1,500 fee, a standard the Plaintiff is ready and willing to meet.